IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00055-BNB

ANGELA L. MATEUS,

    Plaintiff,

v.

MI CASA RESOURCE CENTER,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2009

GREGORY C. LANGHAM
    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 16, 2009, at Denver, Colorado.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00055-BNB

Angela L. Mateus
8070 Grandview Ave.
Arvada, CO 80002

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/16/09

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk